IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID FUNDERBURK<br><br>Defendant | CRIMINAL NO. GLR-24-093 |

USDC- BALTIMORE
'25 SEP 23 PM 3:44

## VERDICT FORM

**Count One: Possession of a Firearm and Ammunition by a Prohibited Person**

A. How do you find the Defendant, **DAVID FUNDERBURK**, as to **COUNT ONE** (Possession of a Firearm and Ammunition by a Prohibited Person)?

Guilty __✓__           Not Guilty _____

The foregoing constitutes the unanimous verdict of the jury.

████████████            9/23/25
**FOREPERSON**           **DATE**

Time 14:17